RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Nevada State Bar No. 16581
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451
Sean_McClelland@fd.org

Attorney for DAMON COLEMAN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00182-JAD-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Second Request) |
| DAMON COLEMAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Sean A. McClelland, Assistant Federal Public Defender, counsel for Damon Coleman, that the Sentencing hearing set for July 21, 2026, at 1:30 PM, be vacated and set to August 4, 2026, at 11:00 AM or to a date and time convenient to this Court.

/ / /

/ / /

The continuance is necessary for the following reasons:

1.      The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

2.      Counsel requests this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

3.      Mr. Coleman is detained and consents to the continuance. Specifically, Mr. Coleman was informed that the continuance will allow defense counsel to continue to gather documents in support of the hearing and provide continuity of counsel.

4.      This is the second request for continuance of the sentencing hearing.

DATED June 24, 2026.

RENE L. VALLADARES                      TODD BLANCHE
Federal Public Defender                 Acting Attorney General

By */s/ Sean A. McClelland*             By */s/ Robert Knief*
SEAN A. MCCLELLAND                      ROBERT KNIEF
Assistant Federal Public Defender       Assistant United States Attorney

2

## ORDER

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for July 21, 2026, at 1:30 PM, be vacated and continued to August 4, 2026, at the hour of 11:00 a.m.

DATED this 24th day of June 2026.

_____
UNITED STATES DISTRICT JUDGE

3